CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 25 2014

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRIS CARTY, | Civil Action No. 7:13CV00234 |
| Plaintiff, | |
| v. | **ORDER** |
| P. SCARBERRY, *ET AL.*, | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Pamela M. Sargent, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that the court deny plaintiff Chris Carty's motion for preliminary injunctive relief (Docket No. 47). The parties have not filed objections to the report and recommendation and the court, upon review of pertinent portions of the record, is of the opinion that the report should be adopted.

It is, accordingly, **ORDERED** and **ADJUDGED** that the Report and Recommendation (Docket No. 62) is **ADOPTED** and Carty's motion (Docket No. 47) is **DENIED**.

The Clerk is directed to send a copy of this order to the plaintiff and any unrepresented parties.

ENTER: February 25, 2014.

UNITED STATES DISTRICT JUDGE