IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CHRIS CARTY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:13CV00234 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| **P. SCARBERRY, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff has filed objections to the Report and Recommendation of the Honorable Pamela Meade Sargent, United States Magistrate Judge, filed on July 11, 2014. Upon de novo review by this court of the portions of the Report and Recommendation objected to, it is **ORDERED** as follows:

1. Plaintiff's objections (ECF No. 87) are OVERRULED;

2. The Report and Recommendation (ECF No. 86) is fully ACCEPTED;

3. Plaintiff's Motions for Partial Summary Judgment (ECF Nos. 30, 78) are DENIED; and

4. Defendants' Cross Motion for Summary Judgment (ECF No. 75) is GRANTED.

ENTER: July 30, 2014

/s/ James P. Jones
United States District Judge